# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOAN BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CV45** |
| vs. | ) | |
| | ) | **ORDER** |
| **ENVIRONMENTAL RESTORATION LLC,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's Motion for leave to file an amended complaint [14]. No response in opposition to the motion was filed. Upon review of the proposed amended pleading, the court finds that the motion should be granted. Pursuant to Fed. R. Civ. P. 15(a) and NECivR 15.1,

**IT IS ORDERED** that plaintiff's motion [42] is granted, as follows:

1.  Plaintiff shall file and serve the Amended Complaint no later than **May 15, 2008.**

2.  All adverse parties shall answer or respond to the Amended Complaint within the time allowed by Fed. R. Civ. P. 15(a)(3).

**DATED May 2, 2008.**

            **BY THE COURT:**

            **s/ F.A. Gossett**
            **United States Magistrate Judge**