IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN BROWN, | ) | Case No. 8:08cv45 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ENVIRONMENTAL RESTORATION, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

A successful settlement between the parties was negotiated by the undersigned magistrate judge on November 12, 2008. Therefore,

**IT IS ORDERED:**

1. On or before **December 12, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. Any hearings currently scheduled are cancelled.

Dated this 12th day of November 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge