# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOAN BROWN,** | ) | CASE NO. 8:08CV45 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER OF** |
| v. | ) | **DISMISSAL** |
| | ) | |
| **ENVIRONMENTAL RESTORATION, LLC,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal with Prejudice (Filing No. 33) is approved, and the relief requested therein is granted;

2. The Complaint, Amended Complaint, and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 17th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge